HODGES *v.* EARLE *et al.*

GILBERT, J. Under the evidence the court did not abuse the discretion allowed by law in awarding the minor children to the defendants.

*Judgment affirmed. All the Justices concur.*

No. 1706. MAY 13, 1920.

Habeas corpus. Before Judge Hodges. Hart superior court. September 6, 1919.

The mother of three children of six, four, and two years (the father being dead) undertook to recover their custody from cousins to whom she had given them in the previous year while she was very ill with a loathsome disease. The defendants set up that the gift was evidenced both orally and in writing, and had since been ratified by the plaintiff's declarations; that the children were in rags, etc., when given to them, and had ever since been properly cared for and well treated; and that the mother was unfit, both morally and physically, to have the custody. Upon evidence supporting the defendants' contentions the ordinary awarded the custody to them; and this judgment was sustained on certiorari.

*J. A. McDuff* and *A. S. Skelton,* for plaintiff.

*Broadus B. Zellars* and *Julian B. McCurry,* for defendants.